Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR15-43RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING TRIAL |
| | ) | AND PRETRIAL MOTIONS DATE |
| CRISTOBAL ORTIZ, | ) | |
| MIGUEL REYES BRAVO, | ) | |
| | ) | |
| Defendants | ) | |

DEFENDANTS CRISTOBAL ORTIZ, through counsel Christopher Carney, and MIGUEL REYES BRAVO, through counsel Terrence Kellogg, and The United States of America, by and through Annette L. Hayes, Acting United States Attorney, Karyn Johnson, Assistant United States Attorney, and Steven Masada, Assistant United States Attorney, have moved by stipulation for a continuance of the trial date. The Court, having considered the factual basis for the continuance set forth in the stipulation as well as defendants' speedy trial waivers and the file and record herein, now finds and rules as follows:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to examine voluminous discovery and to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the speedy trial act and currently set for this case.  18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants reasonable time for effective preparation of their defense.  18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE, IT IS HEREBY ORDERED that the stipulated motion is GRANTED.  The trial date in this case is continued from the current date of April 27, 2015 to September 28, 2015. The pre-trial motions date is continued from March 19, 2015 to August 13, 2015.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order, up to and including the new trial date of September 28, 2015 is

ORDER CONTINUING TRIAL
TO SEPTEMBER 28, 2015 - 2

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181

hereby excluded for speedy trial purposes, 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C.§ 3161(h)(7)(B).

All pretrial motions shall be filed no later than August 13, 2015.

DATED this 24th day of MARCH, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL
TO SEPTEMBER 28, 2015 - 3

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181