THE HONORABLE JUDGE LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 15-043-RSL |
| Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE TRIAL AND |
| CRISTOBAL ORTIZ, ) | PRETRIAL MOTIONS DATE |
| MIGUEL REYES BRAVO, ) | |
| Defendants ) | |

DEFENDANTS CRISTOBAL ORTIZ, through counsel Christopher Carney, and MIGUEL REYES BRAVO, through counsel Terrence Kellogg, and the United States of America, by and through Annette L. Hayes, United States Attorney, and Karyn Johnson and Steven Masada, Assistant United States Attorneys, having moved by stipulation for a continuance of the trial date, the Court having considered the factual basis for continuance set forth in the stipulation as well as the file and record herein, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. The family medical situation of counsel for Mr. Ortiz will make him unable to adequately represent Mr. Ortiz on the currently scheduled trial date, and failure to grant the requested continuance would deny Mr. Ortiz continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER CONTINUING TRIAL TO
NOVEMBER 16, 2015
(US v. Ortiz, 15-043-RSL) - 1

**CARNEY GILLESPIE ISITT PLLP**
**315 Fifth Avenue S, Suite 860**
**Seattle, Washington 98104**
**(206) 445-0212**

1     NOW, THEREFORE, IT IS HEREBY ORDERED that the stipulated motion is
2 GRANTED.  The trial date in this case is continued from the current date of
3 September 28, 2015, to November 16, 2015. The pre-trial motions date is continued
4 from August 3, 2015, to October 1, 2015.

5     IT IS FURTHER ORDERED that the period of time from the current trial date
6 of September 28, 2015, up to and including the new proposed trial date of November
7 16, 2015, is hereby excluded for speedy trial purposes, 18 U.S.C.§ 3161(h)( 7)(A) and
8 18 U.S.C.§ 3161(h)(7)(B).

9     All pretrial motions shall be filed no later than October 1, 2015.

11 DATED this 18th day of August, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL TO
NOVEMBER 16, 2015
(US v. Ortiz, 15-043-RSL) - 2

**CARNEY GILLESPIE ISITT PLLP**
**315 Fifth Avenue S, Suite 860**
**Seattle, Washington 98104**
**(206) 445-0212**