Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRISTOBAL ORTIZ, )<br>MIGUEL REYES BRAVO, )<br>)<br>Defendants. )<br>_____) | No. 15-043-RSL<br><br>Order to Continue Trial<br>Date and Pretrial Motions Cutoff Date |

The Court, having considered the motion of defendant Cristobal Ortiz to continue the trial date and the motions cutoff date and the factual basis for the continuance as well as the files and records herein, finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 USC § 3161 (h) (7) (A).

NOW, THEREFORE IT IS HEREBY ORDERED that the motion to continue the trial date and the pretrial cutoff date is granted.  The trial date is continued until January 19, 2016 and the pretrial motions cutoff date until November 13, 2015.

IT IS FURTHER ORDERED that the period of time from the current trial date of November 16, 2015, up to and including the new proposed trial date of January 19,

2016, is hereby excluded for speedy trial purposes.  18 USC § 3161 (h) (7) (A) and 18 USC § 3161 (h) (7) (B).

DATED this 2nd day of November, 2015.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge